# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

CASE NO.: 3:20-CV-05938-RV

**ERIKA LINNAN,**

   *Plaintiff,*

v.

**COX COMMUNICATIONS GULF COAST, LLC,**

   *Defendant.*
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [D.E. 16]. Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED** with prejudice.

2. All pending motions not otherwise ruled upon are **DENIED as moot.**

3. Each party shall bear its own respective costs and fees, except as otherwise agreed to in the parties' Settlement Agreement.

4. This case is **CLOSED.**

**DONE AND ORDERED** in Pensacola, Florida, on this 2nd day of November 2021.

                          /s/ Roger Vinson                 /
                          ROGER VINSON
                          UNITED STATES DISTRICT COURT JUDGE